IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DARRELL KEITH CRITTENDEN | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv716 |
| WARDEN OUTLAW, ET AL | § | |

### MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Darrell Keith Crittenden, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court referred the matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

Plaintiff has filed a motion seeking a temporary restraining order. The magistrate judge has submitted a Report and Recommendation recommending the motion be denied.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence. Plaintiff filed objections.

The court has conducted a *de novo* review of the objections. After careful consideration, the court is of the opinion the objections are without merit.

### ORDER

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. Plaintiff's motion for temporary restraining order is **DENIED**.

So **ORDERED** and **SIGNED** this **23** day of **February, 2007.**

_____
Ron Clark, United States District Judge

Case 1:05-cv-00716-RC-KFG   Document 19   Filed 02/27/07   Page 2 of 2 PageID #:  80