IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DARRELL KEITH CRITTENDEN | § | |
| VS. | § | CIVIL ACTION NO. 1:05cv716 |
| TIMOTHY OUTLAW, ET AL. | § | |

ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Darrell Keith Crittenden, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court referred the matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

The defendants have filed a motion for summary judgment (doc. no. 34). The magistrate judge has submitted a Report and Recommendation recommending the motion be denied.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence. No objections were filed to the Report and Recommendation.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. The defendants' motion for summary judgment is **DENIED**.

So **ORDERED** and **SIGNED** this **20** day of **June, 2016.**

_____
Ron Clark, United States District Judge